Joshua M. Dickey
Nevada Bar No. 6621
Paul C. Williams
Nevada Bar No. 12524
**Bailey❖Kennedy**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
*Attorneys for Defendant HCA Healthcare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC. and DOES I through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01871<br><br>**Stipulation and Order to Extend Defendant's Time to Respond to the Complaint**<br><br>**(First Request)** |

     Plaintiff Elizabeth Crown ("Plaintiff") and Defendant HCA Healthcare, Inc. ("HCA" or "Defendant") as follows:

     1.    On September 15, 2023, Plaintiff filed a putative class action complaint ("Complaint") against HCA in the Eighth Judicial District Court for the State of Nevada.

     2.    On November 14, 2023, HCA removed this action to this Court. (ECF No. 1.)

     3.    HCA's current deadline to move, answer, or otherwise respond to the Complaint is November 21, 2023.

     4.    More than 20 similar lawsuits are pending in the United States District Court for Middle District of Tennessee, where they have been consolidated into *In re: HCA Healthcare Data Breach Litigation*, No. 23-CV-00684 (M.D. Tenn.) (the "Consolidated Case"). The parties have stipulated to the transfer of this action to the United States District Court for Middle District of

Tennessee so that this action can be consolidated with the Consolidated Case.

5. In the interest of efficiency and judicial economy, the parties agree to defer the deadline for HCA to file its response to the above-captioned complaint so that should this case be consolidated, HCA's response is filed and addressed in connection with the Consolidated Case.

6. The Parties therefore agree that (a) Defendant's response to the Complaint be deferred until 30 days from the date an order issues on the parties' stipulation to transfer and (b) should this case be consolidated, HCA will respond to the complaint in the Consolidated Case on the date set by the United States District Court for Middle District of Tennessee in the consolidated matter.

7. Based on the foregoing, the Parties agree that good cause exists for this extension.

8. This is this first request for an extension of time for Defendant to respond to the Complaint.

DATED this 14th day of November, 2023.

**BAILEY❖KENNEDY**

By: /s/ Joshua M. Dickey
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
*Attorneys for Defendant HCA Healthcare, Inc.*

DATED this 14th day of November, 2023.

**KIND LAW**

By: /s/ Michael Kind
    MICHAEL KIND
    Nevada Bar No. 13903
    8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89123
    (702) 337-2322
    mk@kindlaw.com
*Attorneys for Plaintiff Elizabeth Crown, individually and on behalf of all others similarly situated*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2023